IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00172-BNB

THOMAS N. TAYLOR,
Applicant, named as Defendant.

v.

PEOPLE OF THE STATE OF COLORADO,
Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 04 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant, Thomas N. Taylor, initiated this action by filing *pro se* a "Motion for Leave to Proceed In Forma Pauperis," a "Motion for Writ of Habeas Corpus," and a "Motion to Appoint Counsel." In an order filed on January 26, 2010, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Taylor to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Taylor to file on the proper form an application for a writ of habeas corpus that names a proper Respondent and to file on the proper form a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Taylor was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Taylor has failed to cure the deficiencies within the time allowed and has failed to respond in any way to Magistrate Judge Boland's January 26 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the "Motion for Writ of Habeas Corpus" is denied and the action is dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the "Motion for Leave to Proceed In Form Pauperis" and the "Motion to Appoint Counsel" are denied as moot. It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right.

DATED at Denver, Colorado, this  4th  day of   March  , 2010.

BY THE COURT:

*Christine M. Arguello*

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00172-BNB

Thomas N. Taylor
Reg No. 89705
Colorado Territorial Corr. Facility
P.O. Box 1010
Cañon City, CO 81215-1010

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/4/10

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk